# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2008

Clifford W. Taylor,
Chief Justice

136767
& (30)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHRISTOPHER P. MARTIN, ANNA
McCOY, RICHARD M. HARRIS, and
J. RICHARD ERNST,
             Plaintiffs-Appellees,

v

SECRETARY OF STATE, DIRECTOR
OF THE BUREAU OF ELECTIONS, and
BOARD OF STATE CANVASSERS,
             Defendants,

and

WILLIAM F. MYLES and RONALD
M. BERGERON,
             Proposed Intervening
             Defendants-Appellants.

SC: 136767
COA: 286015
Ingham CC: 08-000752-PZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals. However, pursuant to MCR 7.316(A)(1), the Court orders that the appellants shall file their Court of Appeals brief within 21 days of the Court of Appeals' June 27, 2008 order, and that the appellees' briefs will be due 14 days after service of the appellants' brief. The Court of Appeals is directed to issue a decision in this case no later than August 21, 2008.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2008

_____
Clerk